# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

ROBERT WOLF, JR.,                                    :

                            Plaintiff,

Case No. 3:08-cv-349

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

     -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

                  Defendant.          :

## ORDER AWARDING ATTORNEY FEES

On Motion of the plaintiff (Doc. No. 21) and no opposition by the defendant in its response (Doc. No. 22), it is hereby ORDERED that Plaintiff be awarded attorney fees pursuant to 42 U.S.C. § 406(b), in the amount of $2,392.50.

January 26, 2012                                    ***s/THOMAS M. ROSE***

                                        _____
                                            Thomas M. Rose
                                   United States District Judge